UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ISRAEL HEREDIA-LA ROSA, | Case No. 5:26-cv-01717-SVW-PD |
| Petitioner, | |
| v. | **JUDGMENT** |
| J. JOHNSON, et al., | |
| Respondents. | |

Pursuant to the Order Dismissing Habeas Petition, IT IS ADJUDGED that this action under 28 U.S.C. § 2241 is dismissed.

DATED:  June 15, 2026

_____

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE